UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIMELDA MENDEZ,

                Plaintiff,

    - against -

TAPESTRY, INC.,

                Defendant.
------------------------------------------------------------X

19-CV-11762 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On June 15, 2020, the parties were instructed to file a joint status letter by September 1, 2020, or within a few days of certain Second Circuit cases being decided, "***whichever occur[ed] first***." (Dkt. 13.) The parties have yet to file a status update. Accordingly, the parties shall file a status update by July 8, 2021.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated: July 2, 2021
       New York, New York

Copies transmitted this date to all counsel of record.