```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIMELDA MENDEZ,

              Plaintiff,

    - against -

TAPESTRY, INC.,

             Defendant.
------------------------------------------------------------X

19-CV-11762 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On July 6, 2021, the parties were instructed to file a joint status letter every 60 days, or within 7 days of the first pertinent Second Circuit appeal being decided. (Dkt. 17.) The parties have not filed a status report since September 28, 2021. (Dkt. 19.) Accordingly, the parties shall file a joint status update by March 25, 2022.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: March 18, 2022
       New York, New York

Copies transmitted this date to all counsel of record.